FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ AUG 29 2008 ★
P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X  JUDGMENT
IN RE:  08-CV-2833 (JG)
   MARK A. TAYLOR,

                        Debtor.
-------------------------------------------------------------X

       An Order of Honorable John Gleeson, United States District Judge, having been filed on August 29, 2008, granting Midwest's motion; and dismissing Taylor's appeal of the Bankruptcy Orders; it is

       ORDERED and ADJUDGED that Midwest's motion is granted; and that Taylor's appeal of the Bankruptcy Orders is dismissed.


Dated: Brooklyn, New York
       August 29, 2008

                                            Robert C. Heinemann
                                            Clerk of Court
                              By: s/Terry Vaughn
                                            Terry Vaughn
                                            Chief Deputy of
                                            Court Operations